

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HENRY JAMES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 04-3180** |
| **JIM ROGERS, ET AL** | **SECTION "D" (6)** |

## O R D E R

The Court, after considering the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objections to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 22, 2005 hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein. Therefore,

**IT IS ORDERED** that the petition of Henry James for issuance of a writ of *habeas corpus* under 28 U.S.C. § 2254, be and the same is hereby **DENIED WITH PREJUDICE.**

New Orleans, Louisiana, this 26 day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____